# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br> vs. )<br>)<br>US $888,855.17, )<br>)<br>    Defendants. )<br>) | Case No.: 2:18-cv-01661-GMN-EJY<br><br>**ORDER** |

On August 31, 2018, the United States filed a civil forfeiture action seeking forfeiture of $888,855.17. (Compl., ECF No. 1). This civil forfeiture action relates to 2:16-cr-374-APG-NJK and 2:19-cr-00064-APG-NJK. (Eighth Ex Parte Status Report, ECF No. 21). The indictment in the latter case "alleges forfeiture under 18 U.S.C. § 981(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(1); and 21 U.S.C. § 853(p)." (*Id.*).

Accordingly,

The Clerk of Court is kindly requested to add a jump link to the CM/ECF case caption of this Forfeiture case noting 2:16-cr-374-APG-NJK and 2:19-cr-00064-APG-NJK as related cases.

Dated this  2   day of April, 2024.

_____
Gloria M. Navarro, District Judge
United States District Court